UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)   Case No. **14-31301**
**Phillip Ray Julian** )   Chapter 13
**Karyn D. Julian** )
Debtor(s) )
)

## MOTION TO WAIVE APPEARANCE

Comes the debtor, Karyn Julian, by counsel and in support of this Motion states as follows:

1. That the debtor, Karyn Julian, is unable to attend her Meeting of Creditors because she has been admitted to Christopher East Nursing Home/Heartland of Louisville Health Care Center for IV antibiotic treatment & rehabilitation, see attached letter from Heartland of Louisville Health Care Center addressed to Bankruptcy Court on 4/24/2014, Exhibit "A."

2. The joint debtor, Phillip Julian, will be in attendance on May 7, 2014.

3. Debtor, Karyn Julian, wishes to proceed by interrogatories in lieu of her testimony at the 341 Meeting of Creditors.

WHEREFORE, debtor moves the Court to waive her appearance and allow her to proceed by interrogatories for her testimony concerning her petition for voluntary bankruptcy.

**/s/ David W. Brangers 07180**
DAVID W. BRANGERS
ATTORNEY AT LAW
436 South Seventh Street
Louisville, Kentucky 40203
PHONE:  (502) 588-2465

## **CERTIFICATE OF SERVICE**

    I, David W. Brangers, do hereby certify that a true copy of the foregoing was electronically mailed to all parties of interest on this **6th** day of **May**, 2014.

                                **/s/ David W. Brangers 07180**
                                DAVID W. BRANGERS
                                ATTORNEY AT LAW