UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

**PHILLIP RAY JULIAN**  CASE NO. 14-31301-ACS-13
**AND**
**KARYN D. JULIAN**

    **Debtors**

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Secured Creditor, Real Time Resolutions, Inc., as agent for Deutsche Bank national Trust Company, as Trustee for Quest Trust 2006-X1, Asset Backed Certificates, Series 2006-X1 ("Real Time"), objects to confirmation of the Chapter 13 Plan ("Plan") proposed herein by the Debtor. As grounds, Real Time states as follows:

1. Real Time has a properly perfected first mortgage lien on real estate located at 2219 West Kentucky Street, Louisville, KY 40210.

2. Real Time filed its secured Proof of Claim ("Claim") with this Honorable Court on April 22, 2014, in the amount of $99,578.87.

3. The Plan fails to list the pre-petition arrearage for the first mortgage correctly. The Plan lists the arrearage at only $5,000.00; however, as listed in the Claim, the correct amount of pre-petition arreraage is $13,891.99.

4. Real Time's Claim for the first mortgage should be treated as fully secured.

**WHEREFORE**, Real Time respectfully requests that confirmation of the Plan proposed by the Debtor herein be denied until such time as the Debtor amends the Plan to add all of the correct pre-petition arrearage in the Claim filed by Real Time for the first mortgage.

(TR) 14-00611/ RTR/ Julian, Phillip and Karyn

1

/s/ CHRISTOPHER M. HILL
_____
Christopher M. Hill
CHRISTOPHER M. HILL & ASSOCIATES, P.S.C.
P.O. Box 817
Frankfort, KY 40602
(502) 226-6100/telephone
(502) 223-0700/facsimile
Counsel for Creditor, Real Time

## NOTICE

All parties will please take notice that the foregoing Objection will be brought on before this honorable Court to be heard on the 7th day of May 2014, at the hour of 1:00 p.m. at the 341 Meeting Room in Louisville, Kentucky, or as soon thereafter as may be heard by the Court.

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served on the debtors, counsel for the debtors, the trustee, and other parties in interest, by either ordinary U.S. Mail, postage pre-paid, or via electronic filing this 6th day of May 2014.

| | |
|---|---|
| Phillip Ray Julian<br>Karyn D. Julian<br>2219 W. Kentucky Street<br>Louisville, KY 40210<br>Debtors | William W. Lawrence<br>310 Republic Plaza<br>200 S. Seventh St.<br>Louisville, KY 40202<br>Trustee |
| David W. Brangers<br>436 South 7th Street<br>Louisville, KY 40203<br>Counsel for Debtors | Asst. U.S.Trustee<br>Office of the U.S.Trustee<br>601 West Broadway #512<br>Louisville, Ky 40202 |

/s/ CHRISTOPHER M. HILL
_____
Christopher M. Hill
CHRISTOPHER M. HILL & ASSOCIATES, P.S.C.
P.O. Box 817
Frankfort, KY 40602
(502) 226-6100/telephone
(502) 223-0700/facsimile
Counsel for Creditor, Real Time

(TR) 14-00611/ RTR/ Julian, Phillip and Karyn

2