UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:                                              )
                                                    )    Case No. **14-31301**
    **Phillip Ray Julian**              )    Chapter 13
and **Karyn D. Julian**                             )
                                                    )
    Debtors                            )
_____)

### INTERROGATORIES TO THE DEBTOR, KARYN D. JULIAN

The debtor, Karyn D. Julian, answers the following interrogatories as indicated:

1.) State your name, address and last four digits of your social security number.

    Karyn D. Julian
    2219 W. Kentucky Street
    Louisville, KY 40210
    SSN Digits: 2030     *2030*

2.) Is the social security number indicated in the statement of social security number filed with the Court on this case your social security number?

    (Yes)              _____

3.) Did you review the forms that were filed in this case before you filed them?

    Yes               _____

4.) Is the information contained in those forms accurate and complete?

    Yes               _____

5.) Did you list all your assets and debts in those forms?

    Yes               _____

6.) Is the information listed in your schedule of expenses and income complete and accurate?

Yes  _____

7.) Are you able to make the payment proposed in your chapter 13 plan filed in this case?

Yes  _____

8.) Did you propose your payment plan in good faith?

Yes  _____

9.) Does your payment plan represent your best effort to pay your debts?

Yes  _____

I, Karyn D. Julian, state under oath that the above answers are true, complete and correct.

*Karyn D. Julian*
KARYN D. JULIAN

Subscribed and sworn to before me by Karyn D. Julian on this 29th day of **May**, 2014.

My Commission expires: 11/7/2017

_____
NOTARY PUBLIC, STATE-AT-LARGE, KY

This instrument tendered by:

_____
DAVID W. BRANGERS
ATTORNEY AT LAW
436 South Seventh Street
Louisville, Kentucky 40203
PHONE: (502) 588-2465