UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE: )
) Case No. **14-31301**
**Phillip R. Julian** ) Chapter 13
**Karyn D. Julian (DECEASED)** )
)
Debtor(s) )
)

## SCHEDULE OF ALLOWED CLAIMS

Debtor(s) by Counsel, states that the following claims have been duly proven, and should be allowed as unsecured and paid in accordance with the Order of Confirmation.

1.) PSI Louisville
1939 Goldsmith Lane, Suite 133
Louisville, KY 40218
Date filed: 04/08/2014
Amount: $ 771.58

2.) American InfoSource LP as agent for
Midland Funding, LLC
P.O. Box 268941
Oklahoma City, OK 73126-8941
Date filed: 04/08/2014
Amount: $ 329.19
Acct #'s: 4217
5196

6.) Money Now Kentucky, Inc.
4408 Dixie Highway
Louisville, KY 40216
Date filed: 04/18/2014
Amount: $ 370.00

7.) Money Now Kentucky, Inc.
"     "     "     "
Date filed: 04/18/2014
Amount: $ 390.00

9.)     GLA Collection Company, Inc.
        P.O. Box 7728, Department 2
        Louisville, KY 40257
        Date filed:  05/16/2014
        Amount:  $ 500.00


10.)    American InfoSource LP as agent for
        Norton Healthcare
        P.O. Box 248838
        Oklahoma City, OK 73124-8838
        Date filed:  06/06/2014
        Amount:  $ 492.40
        Acct #:  3342


11.)    American InfoSource LP as agent for
        Norton Healthcare
        "        "        "        "
        Date filed:  06/06/2014
        Amount:  $ 3,203.00
        Acct #  7361


12.)    American InfoSource LP as agent for
        Norton Healthcare
        "        "        "        "
        Date filed:  06/06/2014
        Amount:  $ 5,479.00
        Acct #  4409


13.)    Louisville Gas & Electric Company
        820 West Broadway
        Louisville, KY 40202
        Date filed:  06/12/2014
        Amount:  $ 2,315.53
        Acct #:  3489

14.)   Quantrum3 Group LLC as agent for     (First American Cash Advance)
      Second Round Sub, LLC
      P.O. Box 788
      Kirkland, WA 98083-0788
      Date filed:  06/27/2014
      Amount:  $ 354.72
      Acct#   4475

                    **/s/ David W. Brangers 07180**
                    David W. Brangers
                    Attorney At Law
                    436 South 7th Street
                    Louisville, Kentucky 40203
                    PHONE:  (502) 588-2465