UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: )
)  Case No. **14-31301**
**Phillip R. Julian** )  Chapter 13
**Karyn D. Julian** )
Debtors )
)

## ORDER AMENDING ORDER OF CONFIRMATION

On Motion of the debtors, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Order of Confirmation is amended to provide for Claim #5 filed by Mid South Capital Partners, LP, to be paid through the debtors' plan as a secured claim in the amount of $3,842.48 with 12% interest.

IT IS FURTHER ORDERED that David Brangers is awarded an attorney fee of $200.00 for his services herein.

A copy of this Order is sent to the debtor, to the attorney for the debtor, and to the Chapter 13 Trustee, William W. Lawrence.

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: December 24, 2014

This instrument tendered by:

/s/ David W. Brangers 07180
DAVID W. BRANGERS
Attorney for the Debtor
436 South Seventh Street
Louisville, Kentucky 40203
PHONE: (502) 588-2465